# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. ADCOCK,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHIL,[1]<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 16-1222 SS<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: June 6, 2017

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security and is substituted for Acting Commissioner Carolyn W. Colvin in this case. See 42 U.S.C. § 205(g).